IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES HATCHER**, | : | CIVIL ACTION NO. 1:04-CV-1872 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CONIFER REALTY LLC**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 3rd day of December, 2007, upon consideration of *pro se* plaintiff's motion for reconsideration (Doc. 68) of the memorandum and order of court dated October 30, 2007 (Doc. 64), in which the court granted defendant's motion for summary judgment, and it appearing that the instant motion, in part, merely repeats arguments from plaintiff's initial motions, see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa. 1994) ("A motion for reconsideration is not to be used as a means to reargue matters already argued and disposed of."), and the court finding that there are no manifest errors of law or fact in the challenged memorandum and order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 68) is DENIED.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge